PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00306-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DALE WESLEY HUBBARD, and DARLENE CRYSTAL VIERA, | CURRENT DATE: May 17, 2023 TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 17, 2023.

2. The Court issued a minute order directing the parties to file a stipulation or status memo by May 10, 2023. The assigned AUSA is in the process of leaving the U.S. Attorney's Office, and in the process of transferring cases, the parties missed the deadline for the stipulation.

3. By this stipulation, defendants now move to continue the status conference until August 16, 2023, and to exclude time between May 17, 2023, and August 16, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

4. While it is possible that the case may resolve without a trial, this is not yet a certainty. If

defendants ultimately do not enter a guilty plea and decide to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

    a)     The government asserts the discovery associated with this case includes reports, photographs, and recordings; initial discovery has been provided to defense counsel and the government anticipates significant additional discovery will be produced.  The government is aware of its ongoing discovery obligations.

    b)     The government is amenable to providing plea offers to defendants if defendants make such a request.

    c)     Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

    d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)     The government does not object to the continuance.

    f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 17, 2023 to August 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 11, 2023                           PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ KIMBERLY A. SANCHEZ
                                              KIMBERLY A. SANCHEZ
                                              Assistant United States Attorney

Dated: May 11, 2023

                                              /s/ KEVIN P. ROONEY
                                              KEVIN P. ROONEY
                                              Counsel for Defendant
                                              DALE WESLEY HUBBARD

Dated: May 11, 2023                           /s/ BARBARA HOPE O'NEILL
                                              BARBARA HOPE O'NEILL
                                              Counsel for Defendant
                                              DARLENE CRYSTAL VIERA

**ORDER**

IT IS SO ORDERED.

DATED:  5/11/2023                             *Sheila K. Oberto*
                                              Hon. Sheila K. Oberto
                                              U.S. Magistrate Judge