PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DALE WESLEY HUBBARD, <br><br> Defendants. | CASE NO. 1:22-CR-00306-JLT-SKO <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> CURRENT DATE: December 11, 2023 <br> TIME: 10:00 a.m. <br> COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through their counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a change of plea on December 11, 2023.

2.  By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing for February 20, 2024 before the Honorable Jennifer L. Thurston, and to exclude time between December 11, 2023, and February 20, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government asserts the discovery associated with this case includes reports, photographs, and recordings; initial discovery has been provided to defense counsel and the government anticipates significant additional discovery will be produced. The government is aware of its ongoing discovery obligations.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Counsel for defendant desires time to finalize plea discussions with his client and has accounted for scheduling conflicts to reach the proposed date.  The parties need additional time to come to an agreement on certain details of a potential plea agreement.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2023 to February 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 6, 2023                          PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ KIMBERLY A. SANCHEZ
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant United States Attorney

Dated:  December 6, 2023

                                                  /s/ KEVIN P. ROONEY
                                                  KEVIN P. ROONEY
                                                  Counsel for Defendant
                                                  DALE WESLEY HUBBARD

**FINDINGS AND ORDER**

IT IS SO FOUND.
IT IS SO ORDERED.

Dated:   **December 7, 2023**                     UNITED STATES DISTRICT JUDGE