PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>DALE HUBBARD,<br><br>               Defendant. | CASE NO.  1:22-CR-00306-JLT-SKO<br><br>STIPULATION; FINDINGS AND ORDER |

This case is set for sentencing on September 16, 2024.  The parties request to move the sentencing to October 7, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on September 16, 2024.

2.      By this stipulation, the parties now move to schedule sentencing for October 7, 2024. Defense counsel has a scheduling conflict with the current sentencing date and requests to move the date to ensure Defense counsel can be present and has adequate time to prepare for sentencing.

IT IS SO STIPULATED.

Dated:  September 11, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C HEINZ

ARIN C HEINZ
Assistant United States Attorney

Dated:  September 11, 2024

/s/ KEVIN ROONEY

KEVIN ROONEY
Counsel for Defendant
DALE HUBBARD

## ORDER

The sentencing hearing will be scheduled on October 7, 2024.

IT IS SO ORDERED.

Dated:   **September 11, 2024**

UNITED STATES DISTRICT JUDGE