Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DALE HUBBARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE HUBBARD,<br><br>Defendant. | Case No.  1:22-cr-00306-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF KEVIN ROONEY AS ATTORNEY OF RECORD AND ORDER** |

On November 18, 2022, Defendant Dale Hubbard was indicted on federal charges. CJA Panel Attorney Kevin Rooney was appointed as trial counsel to represent Mr. Hubbard on November 8, 2022 in his criminal case.  Mr. Hubbard was sentenced pursuant to a plea agreement on October 7, 2024 and Mr. Hubbard was in custody at sentencing.

The time for filing a direct appeal has run.  No direct appeal was filed. The trial phase of Mr. Hubbard's criminal case has, therefore, come to an end.  Having completed his representation of Mr. Hubbard, CJA attorney Kevin Rooney now moves to terminate his appointment under the Criminal Justice Act.

///

///

Should Mr. Hubbard require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: October 25, 2024                                   Respectfully submitted,


                                                          /s Kevin Rooney
                                                          KEVIN P. ROONEY
                                                          Attorney for defendant
                                                          DALE HUBBARD


**ORDER**

Having reviewed the notice and found that attorney Kevin Rooney has completed the services for which he was appointed, the Court hereby grants attorney Kevin Rooney's request for leave to withdraw as defense counsel in this matter.

The Clerk of Court is directed to serve a copy of this order on Defendant Dale Hubbard at the following address and to update the docket to reflect Defendant's pro se status and contact information.

**Dale Wesley Hubbard - Marshal #29964-510**
**Central Valley Annex**
**254 Taylor Avenue – PO Box 638**
**McFarland, CA 93250**

IT IS SO ORDERED.

   Dated:   **October 27, 2024**                                         /s/ Jennifer L. Thurston
                                                          UNITED STATES DISTRICT JUDGE